# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMEO E. SEAGRAVES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Case No. CIV-24-1013-PRW |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 5), recommending that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1) be dismissed without prejudice for failure to comply with court orders. Judge Green advised Petitioner of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Petitioner has filed no objection to the Report and Recommendation.

This Court has reviewed Magistrate Judge Green's Report and Recommendation (Dkt. 5) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 5) in full. Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt 1) is **DISMISSED** without prejudice for Petitioner's failure to comply with orders of the Court.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS SO ORDERED** this 7th day of January 2025.

                                         _____
                                         PATRICK R. WYRICK
                                         UNITED STATES DISTRICT JUDGE